Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.:
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROENA ROBINSON, et al.,<br><br>Defendants. | Case No.: CIV-S-03-2459 FCD GGH<br><br>Hon. Frank C. Damrell, Jr.<br><br>**ORDER DISMISSING DEFENDANT CHRIS WATERS** |

Having read the Request for Voluntary Dismissal of Defendant CHRIS WATERS filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed without prejudice as against Defendant CHRIS WATERS only;

2. Each party shall bear its/his own attorney's fees and costs incurred in this action to date.

DATED: April 25, 2005

/s/ Frank C. Damrell Jr.
Honorable Frank C. Damrell, Jr.
United States District Court
Eastern District of California

# PROOF OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is at BUCHALTER, NEMER, FIELDS & YOUNGER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On April 22, 2005, I served the foregoing document described as: **[PROPOSED] ORDER DISMISSING DEFENDANT CHRIS WATERS** on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

Chris Waters
8321 Beckwith Way
Citrus Heights, CA 95610

**(Defendant *Pro Se*)**

[X]   **BY MAIL**   I am a resident of, or employed in, the county where the mailing occurs; I am over the age of 18 years and am not a party to the cause.  I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service.  The correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business.  The address(es) shown above is(are) the same as shown on the envelope.  The envelope was placed for deposit in the United States Postal Service at Buchalter, Nemer, Fields & Younger in Irvine, California.  The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices.

[X]   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 22, 2005, at Irvine, California.

Debby Bodkin                                        /s/ Debby Bodkin
                                                     (Signature)