Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No. CIV-S-03-2459 FCD GGH |
| Plaintiff, | Hon. Frank C. Damrell, Jr. |
| vs. | **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT ROENA ROBINSON AND REQUEST TO RETAIN JURISDICTION; ORDER THEREON** |
| ROENA ROBINSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc. ("DIRECTV") and Defendant ROENA ROBINSON ("Defendant"), through their respective counsel of record, that the above-captioned action be and hereby is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), as to Defendant. Each of said parties to bear its/his own costs and attorney's fees.

The terms of the Confidential Settlement Agreement dated June 7, 2005 ("Agreement") entered into between the Defendant and DIRECTV require installment payments from Defendant, the last of which is not due to be received until January 2006. If the Defendant does not make any payment under the Agreement when due, DIRECTV is authorized to seek the entry of a Judgment in this action against Defendant pursuant to a Stipulation for Entry of Judgment ("Stipulation") executed by the parties concurrently with the Agreement. The parties therefore have consented, and hereby further stipulate and consent to, the retention of jurisdiction

1  over them by this Court and to reference to a Magistrate Judge in this District for the purpose of
2  enforcing the payment terms of the Agreement, including entering a Judgment against Defendant
3  pursuant to the Stipulation.  The parties therefore respectfully request that the Court retain such
4  jurisdiction.

DATED: July 13, 2005                     Respectfully Submitted,

                                                  BUCHALTER, NEMER, FIELDS & YOUNGER
                                                A Professional Corporation

By: /s/ Sandeep J. Shah
      Sandeep J. Shah
  Attorneys for Plaintiff DIRECTV, Inc.

DATED: July 13, 2005

By: /s/ Shawn R. Parr (original signature in attorney file)
      Shawn R. Parr
  Attorneys for Defendant ROENA ROBINSON

**ORDER**

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant ROENA ROBINSON and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1)   Defendant ROENA ROBINSON ("Defendant") is hereby dismissed from this action without prejudice;

(2)   Each of said parties to bear its/his own costs and attorney's fees; and

(3)   The Court shall retain jurisdiction over Plaintiff DIRECTV and Defendant to enforce the terms described above of the Settlement Agreement between those parties dated June 7, 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.

Dated: July 14, 2005

/s/ Frank C. Damrell Jr.
Honorable Frank C. Damrell, Jr.
Judge of the United States District Court
Eastern District of California