Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone:(949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No. CIV-S-03-2459 FCD GGH |
| Plaintiff, | Hon. Frank C. Damrell, Jr. |
| vs. | **ORDER DISMISSING DEFENDANT ROENA ROBINSON** |
| ROENA ROBINSON, | |
| Defendant. | |

Having read the Request for Voluntary Dismissal of Defendant Roena Robinson filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant Roena Robinson;

2. Each party shall bear its/her own attorneys' fees and costs incurred in this action to date.

DATED: January 27, 2006

/s/Frank C. Damrell, Jr.
Honorable Frank C. Damrell, Jr.
United States District Court
Eastern District of California

BN 767026v1                                       1                              (CIV-S-03-2459 FCD GGH)

**[PROPOSED] ORDER DISMISSING DEFENDANT ROENA ROBINSON**

PDF created with pdfFactory trial version www.pdffactory.com